LINDA MURDICK *v.* LARRY R. MEACHUM,
COMMISSIONER OF CORRECTION
(11856)

DUPONT, C. J., FREEDMAN and SCHALLER, Js.

Argued November 4—decision released November 23, 1993

*David B. Bachman,* with whom, on the brief, was *Frederick M. O'Brien,* for the appellant (petitioner).

*James M. Ralls,* assistant state's attorney, with whom, on the brief, were *John T. Redway,* state's attorney, and *Timothy Liston,* assistant state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.